IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Cr. No. 05-10050-T |
| v. ) | |
| ) | |
| GLENN KEITH SNEAD, ) | |
| Defendant. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **GLENN KEITH SNEAD,** now being detained in the Henderson County Jail, appear before the Honorable S. Thomas Anderson on _TUESDAY 08/09/05_, at _2:00_ a.m./p.m. for initial appearance for such other appearances as this Court may direct.

Respectfully submitted this _22d_ day of July 2005.

_/s/ Victor L. Ivy_
VICTOR L. IVY
Assistant U. S. Attorney

## ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Henderson County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **GLENN KEITH SNEAD**, appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this _25th_ day of _July_ 2005.

_/s/ S. Thomas Anderson_
S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7/28/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10050 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT